```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA


        -v-                                              No. 19CR566-LTS

RICARDO FABIAN

                Defendant(s).
-------------------------------------------------------------X
```

## ORDER

The pretrial conference scheduled for February 20, 2020, is rescheduled to **February 20, 2020, at 10:00 a.m.** in Courtroom 17C.

Dated:  New York, New York
        January 22, 2020

                                                          /s/  Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         United States District Judge