LAW OFFICE OF
## JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

**MEMO ENDORSED**

February 13, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-2020

**BY ECF**

Hon. Laura Taylor Swain, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Fabian*, 19 Cr. 566 (LTS).

Dear Judge Swain:

As counsel to Ricardo Fabian, defendant herein, I request that the status conference scheduled for February 20th at 10:00 a.m. be adjourned to a date and time convenient for the Court after March 27th. I have spoken with A.U.S.A. Thane Rehn, who consents to this request for the government.

I make this request because I have submitted an application for Mr. Fabian to be admitted to the Young Adult Opportunity Program, and been informed that a decision will be made by March 27th.

Thank you for your attention to this application.

Very truly yours,

/s/
Jesse M. Siegel

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 4/3/20 AT 10:30AM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 4/3/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

LAURA TAYLOR SWAIN, USDJ   2/13/20