

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Ricardo Fabian*, 19 Cr. 566 (LTS)

Dear Judge Swain:

    The Court has scheduled this case for a status conference on April 3, 2020, at 10:30 a.m. Due to the COVID-19 pandemic and the need to take precautions to prevent the spread of disease, the parties jointly respectfully request that the Court reschedule the status conference for a date during the first three weeks of May. Because the purpose of this adjournment is to protect public health in a time of national emergency, the parties jointly submit that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial, and request that time be excluded under the Speedy Trial Act from April 3, 2020 to the new date set by the Court. The parties are generally available during that time period.

Respectfully submitted,

THE APPLICATION IS GRANTED.  THE CONFERENCE IS ADJOURNED TO 5/14/2020 AT 2:00 P.M. IN COURTROOM 17C.  THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 5/14/2020 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE.  SO ORDERED.

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

/S/LAURA TAYLOR SWAIN 3/17/2020
LAURA TAYLOR SWAIN, USDJ

By:   /s/ Thane Rehn
Thane Rehn
Assistant United States Attorney
(212) 637-2354

cc:  Jesse Siegel, Esq. (via ECF)