

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Ricardo Fabian*, 19 Cr. 566 (LTS)

Dear Judge Swain:

      The Court has scheduled this case for a status conference on May 14, 2020, at 2:00 p.m. Since the last status conference in this case, the parties have engaged in disposition discussions, and those discussions are ongoing and are expected to progress in the coming weeks. Additionally, due to the COVID-19 pandemic and the need to take precautions to prevent the spread of disease, the parties agree that an in-person status conference is not appropriate at this time. Accordingly, the parties jointly respectfully request that the Court adjourn the status conference by approximately 45 days.

      Because the purpose of this adjournment is to facilitate disposition discussions among the parties, and to protect public health in a time of national emergency, the parties jointly submit that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial, and request that time be excluded under the Speedy Trial Act from May 14, 2020 to the new date set by the Court. The parties are generally available during that time period.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By:   /s/ Thane Rehn
     Thane Rehn
     Assistant United States Attorney
     (212) 637-2354

THE APPLICATION IS GRANTED.  THE CONFERENCE IS ADJOURNED TO JUNE 26, 2020 AT 11:30 A.M.  THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH JUNE 26, 2020, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE.  DE# 59 RESOLVED.
SO ORDERED.

DATED: 5/11/2020
/s/ Laura Taylor Swain, USDJ

cc:  Jesse Siegel, Esq. (via ECF)