UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No.  19 CR 566-LTS

RICARDO FABIAN,

        Defendant.

-------------------------------------------------------x

## ORDER

A hearing is scheduled to take place in the above captioned case on **August 14, 2020, at 10:30 a.m.**  To access the call, participants must dial 888-363-4734, enter the access code 1527005, and the security code 1333.  During the call, participants are directed to observe the following rules:

    1.    Use a landline whenever possible.

    2.    Use a handset rather than a speakerphone.

    3.    All callers to the line must identify themselves if asked to do so.

    4.    Identify yourself each time you speak.

    5.    <u>Mute</u> when you are not speaking to eliminate background noise.

    6.    Spell proper names.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

 SO ORDERED.

Dated: New York, New York
   August 10, 2020

<u>/s/ Laura Taylor Swain</u>
LAURA TAYLOR SWAIN
United States District Judge
