UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                               No. 19CR566-LTS

RICARDO FABIAN (1),

                Defendant.

-------------------------------------------------------------X

**ORDER**

       Jesse Siegel, Esq., is relieved as CJA counsel for the defendant. Susan G. Kellman, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

       SO ORDERED.

Dated:  New York, New York
            September 30, 2020

                                                      /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge