UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
         -v-                                                           :          19-CR-566 (LTS)
                                                                       :
RICARDO FABIAN,                                                        :
                                                                       :
                      Defendant.                                       :
                                                                       :
-----------------------------------------------------------------------X

<u>ORDER</u>

The change of plea hearing in this matter, currently scheduled to occur as a video

conference using the Microsoft Teams platform on April 14, 2021 (<u>see</u> docket entry no. 88), shall

commence on **April 14, 2021, at 9:00 a.m.**

All other provisions of the Court's order dated March 25, 2021 (docket entry no.

88) remain in effect.

         SO ORDERED.

Dated: April 8, 2021                                    /s/ Laura Taylor Swain
       New York New York                               LAURA TAYLOR SWAIN
                                                       United States District Judge