UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

            **WAIVER OF RIGHT TO BE PRESENT**
            **AT CRIMINAL PROCEEDING**

-v-                                                **19-CR-566 (LTS)**

RICARDO FABIAN,
               Defendant.
------------------------------------------------------------------X

**Check Proceeding that Applies:**

__X__ Entry of Plea of Guilty

     I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I have decided that I wish to enter a plea of guilty to certain charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: April 8, 2021

| | |
|---|---|
| **RICARDO FABIAN** | *RFabian*   by Susan Kellman |
| Print Defendant's Name | Signature of Defendant |
| | |
| **SUSAN G. KELLMAN** | *Susan G. Kellman* |
| Print Name | Signature of Defense Counsel |

**Accepted:** _____
                   Signature of Judge

Date:

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: April 8, 2021

RICARDO FABIAN
Print Defendant's Name

*RFabian*   by Susan G. Kellman
Signature of Defendant

SUSAN G. KELLMAN
Print Name

*Susan G. Kellman*
Signature of Defense Counsel

**Accepted:** /s/ Laura Taylor Swain
Signature of Judge

Date: 4/14/2021