```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :      19-CR-566 (LTS)
                                                                   :
RICARDO FABIAN,                                                    :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

## ORDER

The sentencing hearing currently scheduled for January 19, 2022, at 2:30 p.m., is hereby rescheduled to occur on **January 21, 2022, at 12:00 p.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: January 4, 2022                                  __/s/ Laura Taylor Swain____
       New York New York                                LAURA TAYLOR SWAIN
                                                        Chief United States District Judge