# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 31, 2022

**Via ECF and Email**
Hon. Laura T. Swain
Chief Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Ricardo Fabian*
19 Cr. 566 (LTS)

Dear Chief Judge Swain:

Counsel represented Mr. Fabian before your Honor in the above-referenced matter.

According to the Federal Bureau of Prison ("BOP") records, Mr. Fabian surrendered to and is currently housed at the BOP facility in Fort Dix, New Jersey. I write, therefore, to respectfully request an Order directing Pretrial Services to return Mr. Fabian's passport. Pretrial has informed counsel that Mr. Fabian's girlfriend will retrieve the passport.

On behalf of the government, Assistant United States Attorney Nathan Rehn does not object to Pretrial returning Mr. Fabian's passport.

The Court's attention to this matter is appreciated.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: AUSA Nathan Rehn, Esq.
USPO Francesca Tessier-Miller
Ricardo Fabian

The foregoing request is granted. Pre-Trial Services is directed to return Mr. Fabian's passport. DE#111 is resolved. SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ. 8/31/2022.